to perform her duties as Office Automation Assistant.

There is no indication that any alleged failure to follow procedure might have affected the Navy's decision to separate the appellant from her position. Furthermore, the appellant was given ample opportunity to respond to the Navy's two notices of separation but did not do so. Accordingly, the decision of the Board is affirmed.

CALLED, and the petition for review is REINSTATED.

Petitioner's brief and Statement Concerning Discrimination are due within 21 days from the date of filing of this order.

**Alan MADDOX, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 04–3198.

United States Court of Appeals, Federal Circuit.

June 16, 2004.

Alan Maddox, of Counsel, Spring Hill, KS, pro se.

Michael N. O'Connell, Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

ORDER

Petitioner having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-

**Patrick J. GRIFFIN, III, Point Lookout Prisoner of War Association, and Sons of Confederate Veterans, Inc., Petitioners,**

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

No. 04–7030.

United States Court of Appeals, Federal Circuit.

June 16, 2004.

Michael F. Wright, Principal Attorney, Case, Knowlson, Los Angeles, CA, for Petitioners.

John S. Koppel, Principal Attorney, Mark B. Stern, Richard J. Hipolit, Martin J. Sendek, David M. Cohen, of Counsel, Washington, DC, for Respondent.